**Order entered June 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00156-CR**

**THOMAS LINZ JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-58525-S**

**ORDER**

We **REINSTATE** this appeal.

We abated for a hearing to determine whether appellant was represented by Mr. Bradrick Collins or Mr. Michael Casillas. Although the trial court has not yet held a hearing, on June 6, 2022, Mr. Casillas filed, with the trial court, a motion to withdraw as appellate counsel.

In the interest of expediting this appeal, we **VACATE** our June 1, 2022 order to the extent it orders a hearing. We **DIRECT** the Clerk to list Bradrick Collins as counsel for appellant.

The reporter's record was filed on April 27, 2022; and the clerk's record was filed on May 11, 2022. In light of this, we **ORDER** appellant's brief due by July 15, 2022.

We **DENY** the June 2, 2022 motion to reconsider as moot.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; Michael Casillas; Bradrick Collins; and the Dallas County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE